UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.3:05-MJ-2133 |
| V. | ) | (GUYTON) |
| | ) | |
| | ) | |
| JULIAN CABELLO-GALVAN | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance on a Criminal Complaint on December 5, 2005. Assistant United States Attorney William Mackie was present representing the government. Andrew Roskind appeared as CJA counsel on behalf of the defendant. Spanish Interpreter Irene Tomassini participated by telephone. The government moved for detention. The matter is set for a preliminary hearing and a detention hearing before the undersigned on **Friday, December 9, 2005,** at **2:30 p.m.** The issue of custody will be addressed at that hearing. The defendant acknowledged and agreed that he would remain in detention. The defendant shall be held in custody by the United States Marshal until December 9, 2005, and produced for the above scheduled hearing.

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge